STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (SBN: 144524)
Assistant United States Attorney
Chief, Environmental Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4536
    Facsimile: (213) 534-4300
    E-mail: joseph.johns@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CR No. 00-00154-UA |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT LAURA ELIZABETH ESCALANTE WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a); DECLARATION OF JOSEPH O. JOHNS |
| v. | |
| LAURA ELIZABETH ESCALANTE, | |
| Defendant. | |

    Plaintiff, United States of America, by its undersigned attorneys, hereby moves this court to dismiss the Indictment in the above-captioned case against defendant Laura Elizabeth Escalante with prejudice and in the interests of justice, pursuant to Federal Rule of Criminal Procedure 48(a). In

//
//
//

support of this motion, the United States submits the attached declaration of Assistant United States Attorney Joseph O. Johns.

Dated: November 24, 2014          Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____
JOSEPH O. JOHNS
Assistant United States Attorney

Attorneys for Defendant
United States of America

## DECLARATION OF JOSEPH O. JOHNS

I, Joseph O. Johns, hereby declare as follows:

1. I am an Assistant United States Attorney for the Central District of California and I am assigned to prosecute the case of <u>United States v. Laura Elizabeth Escalante</u>, CR No. 00-00154-UA.

2. In the Indictment filed on December 5, 2000, the defendant was charged with 18 U.S.C. § 371 (Conspiracy); 18 U.S.C. §§ 545 and 2(b) (Receiving Smuggled Goods); 21 U.S.C. §§ 331(c), 333(a)(2), 352(b), (c) & (f)(1), 21 C.F.R. § 201.15(c)(1), and 18 U.S.C. § 2(b) (Receipt of Misbranded Drugs in Interstate Commerce and Delivery and Proffered Delivery Thereof); 21 U.S.C. §§ 331(k), 333(a)(2), and 353(b), 18 U.S.C. § 2(b) (Misbranding of a Drug While Held for Sale After Shipment in Interstate Commerce); and 21 U.S.C. § 841(a)(1) Possession of a Controlled Substance with Intent to Distribute.

3. It is my understanding that the defendant has been a fugitive from justice, and living outside the jurisdiction of the United States, since approximately the date of the crimes charged in the indictment until present day.

//
//

4. The government has no reliable information regarding defendant's present location, nor any plans to track down and locate defendant.

5. It is my professional opinion that the interests of justice require the dismissal of the indictment in this matter against defendant LAURA ELIZABETH ESCALANTE with prejudice.

Dated: November 24, 2014

JOSEPH O. JOHNS